UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No.: 22-cr-10355-NMG |
| | ) |
| PANKAJ MERCHIA | ) |

### MOTION TO WITHDRAW

Undersigned counsel moves to withdraw his appearance and for the appointment of new counsel to represent the Defendant. Undersigned counsel submits that withdrawal is necessary under applicable rules of professional conduct. Undersigned counsel further requests that any hearing on this motion be conducted *ex parte*.

Respectfully submitted,
PANKAJ MERCHIA
By his Attorney,

/s/ Scott Lauer
Scott Lauer, BBO# 667807
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Telephone 617-223-8061

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 7, 2024.

/s/ Scott Lauer
Scott Lauer

*Motion allowed - /s/ NM Gorton, USDJ 11/08/2024*