UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>PANKAJ MERCHIA )  | No. 1:22-cr-10355-NMG |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Now comes the defendant's attorney, Jason Benzaken, and moves this Honorable Court, to allow him to withdraw his appearance in this matter. As reasons and grounds therefor, defense counsel states that defendant has fired undersigned counsel and terminated the attorney/client relationship. Counsel further states that are additional reasons beyond the defendant's discharge of counsel that necessitate withdrawal of counsel, but counsel submits that the defendant's discharge of counsel should be sufficient to allow for counsel's request to withdraw. Counsel is prepared to file a supplemental affidavit under seal in support of this motion should the Court require it.

Respectfully Submitted,

Counsel for the defendant,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken, Maguire, Sheehan & Wood LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

Dated: September 18, 2025

1

2

## Certificate of Service

      I hereby certify that a copy of this motion has been served upon the parties to this matter and counsel for the United States through CM/ECF.

*/s/ Jason Benzaken*
Dated:  September 18, 2025