UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>PANKAJ MERCHIA, )<br>)<br>Defendant. ) | Criminal No. 22-cr-10355-NMG |

**UNITED STATES' MOTION TO EXCLUDE ADVICE OF COUNSEL INSTRUCTION**

The government respectfully submits this motion to exclude defendant PANKAJ MERCHIA's proposed jury instructions on reliance on the advice of counsel. The evidence in the record does not support advice of counsel, and the defendant's proffered letter from attorney JohnPaul Callan only advised him to bill as a rental up to the purchase price, not for hundreds of thousands of dollars per patient.

In *United States v. Powers*, the First Circuit upheld this Court's decision to not include a reliance on counsel instruction in a trial for conspiracy to defraud the IRS, subscribing false tax returns, and mail fraud. 702 F.3d 1 (1st Cir. 2012). The Court of Appeals held that "a defendant is entitled to an instruction on his theory of defense provided that the theory is a legally valid one and there is evidence in the record to support it." *Id.* at 8 (citing *United States v. Rodriguez*, 858 F.2d 809, 812 (1st Cir. 1988). In making this decision, the district court cannot weigh the evidence, make credibility determinations, or resolve evidentiary conflicts, but must instead take the evidence in the light most favorable to the defendant. *Id.* at 9.

Here, the defendant testified generally that he relied on counsel and they told him his actions were legal. When asked for more specific evidence of his advice of counsel defense, the defendant told the Court that a letter from attorney JohnPaul Callan was squarely on point with

*Motion denied.* /s/ NMGorton, SOSDJ 01/26/2026

1