# United States Court of Appeals
## For the First Circuit

No. 26-1048

UNITED STATES,

Appellee,

v.

PANKAJ MERCHIA,

Defendant - Appellant.

**MANDATE**

Entered: February 24, 2026

    In accordance with the judgment of February 2, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jason G. Benzaken
Neil J. Gallagher Jr.
Lauren A. Graber
Donald Campbell Lockhart
Pankaj Merchia
Ezra Spiro