**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|      ) | |
|         Plaintiff,      ) | |
| v.      ) | |
|      ) | Criminal No. 22-cr-10355-NMG |
| PANKAJ MERCHIA,      ) | |
|      ) | |
|         Defendant.      ) | |

## MOTION FOR A JUDGMENT OF ACQUITTAL

Dr. Pankaj Merchia, by and through undersigned counsel, respectfully moves for a judgment of acquittal on all counts pursuant to Federal Rule of Criminal Procedure 29. The reasons supporting this motion are set forth in the accompanying memorandum of law.

Respectfully Submitted,

*/s/ Aaron M. Katz*
Aaron M. Katz
Aaron Katz Law LLC
399 Boylston St., 6th Floor
Boston, Ma 02116
617-686-0677
Akatz@Aaronkatzlaw.com

Dated: April 13, 2026

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 13, 2026, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

*/s/ Aaron M. Katz*
Aaron M. Katz
