June 4, 2026

The Honorable Judge Gorton
Federal District Court

**Re: Sentencing of Dr. Pankaj Merchia**

Dear Judge Gorton:

I write as Pankaj's older brother to ask the Court to consider his character, family responsibilities, health, and lifetime of service in determining an appropriate sentence.

I have known Pankaj my entire life. He is among the most gifted and genuinely compassionate people I know — not in an abstract way, but in the daily, sacrificial way that defines a person's true character.

His credentials speak for themselves: Johns Hopkins undergraduate, Harvard Medical School. But what has always impressed me more is what he chose to do with those credentials. He became a sleep medicine physician, drawn by a sincere desire to help patients struggling with conditions he himself lives with — severe sleep apnea. He founded MDPAD, an electronic prescribing platform aimed at reducing medical errors, not because it was lucrative, but because he saw a problem that hurt patients and felt compelled to fix it. More recently, he has been developing affordable, portable sleep apnea solutions for patients who cannot tolerate traditional CPAP devices — work rooted in his own experience as a patient.

What moves me most, though, is who he is outside the clinic. He is a devoted father to three young children, including a ten-year-old daughter who needs him deeply. He is present — not just financially, but genuinely present: swimming with them, taking nature walks, having real conversations. That is simply who he is.

I witnessed this firsthand during his Watson Fellowship in India, when he encountered our grandmother ill and without adequate care. Without hesitation, he took personal responsibility for her — accompanying her to physicians, navigating local hospitals, making sure she was properly diagnosed and treated. No one asked him to. He just did it.

Even in the context of this case, multiple government witnesses testified to the positive impact Pankaj had on their health regardless of whether he was compensated for that care or not. That detail stayed with me — because it reflects exactly the type of person he has always been.

Pankaj, first and foremost provided care to his patients without consideration of whether he will be paid for that service. His commitment is to their health, is clearly exemplified by how long he continued caring for his patients without having received any payment either directly from them or their insurance company. Even now if a patient calls or messages him, he is responsive to them. Not sure there are many other physicians who do that.

I respectfully ask the Court to weigh the whole of this man: his service, his family, his health, and his enduring commitment to making people's lives better. He is not defined by the circumstances before you. He is defined by a lifetime of showing up for others and doing good.

He is an incredibly loving and caring person.  The primary care giver to our elderly parents who primarily live with him in Boca Raton, FL.  Any decision of the court will not just be impacting Pankaj, but will have a considerable effect on his parents, children, and potential tremendous loss to society of the good he is capable of and in the process of doing.

I respectfully ask the court to show the greatest leniency possible in determining sentencing.

Respectfully submitted,

/s/ Vikas Merchia