**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,    )
                                  )
          Plaintiff,        )
v.                              )
                                  )     Criminal No. 22-cr-10355-NMG
PANKAJ MERCHIA,         )
                                  )
         Defendant.      )

## <u>REQUEST FOR MODIFICATION OF REPORTING DATE</u>

I respectfully request that the Court consider extending Pankaj Merchia's reporting date to September 4, 2026, which is the Friday before Labor Day. As grounds for this request, I am thinking entirely about Mr. Merchia's children. A reporting date of September 4 would allow Mr. Merchia's children to have time with their father during their summer break, and would avoid them having to send their father off to prison during the middle of what normally is the most enjoyable part of a young person's year. When I was 14 years old, I had to see my grandfather enter prison during my summer break. I remember how painful that was for me and my siblings. Mr. Merchia's sentence certainly will be difficult for his children regardless of his reporting date, but I believe it would be even harder on them if Mr. Merchia were required to report in mid-July.

I thank the Court for its consideration, and we respect whatever decision the Court makes. The government opposes this request.

Respectfully Submitted,

*/s/ Aaron M. Katz*
Aaron M. Katz
Aaron Katz Law LLC
399 Boylston St., 6th Floor
Boston, Ma 02116
617-686-0677
Akatz@Aaronkatzlaw.com

Dated: June 12, 2026

1

2

## <u>CERTIFICATE OF SERVICE AND CONFERENCE</u>

I hereby certify that on June 12, 2026, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

The government opposes this request.

*/s/ Aaron M. Katz*
Aaron M. Katz